IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DUSTIN WAKEFIELD                                                                                   PLAINTIFF

vs.                                          Civil No. 4:14-cv-04123

CAROLYN COLVIN                                                                                    DEFENDANT
Commissioner, Social Security Administration

**ORDER**

    Before the Court is the Report and Recommendation filed on August 27, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18.  Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**.  Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

    Accordingly, this Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $6,268.20.  This award represents 33.70 attorney hours at an hourly rate of $186.00.  This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

    The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

    **IT IS SO ORDERED, this 22nd day of September, 2015.**

                                                                      /s/ Susan O. Hickey
                                                                      Susan O. Hickey
                                                                      United States District Judge